No. 6. Sucesión Ceballos Et Al *v.* Registrador de la Propiedad.—Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan. Resuelto en Julio 22, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.*

No. 6. Paniagua *v.* Ayuntamiento de San Juan.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Julio 26, 1901 Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Lopez Landrón.* Abogado del apelado: *Sr Alvarez Nava.*

No. 4. Ayuntamiento de San Juan *v.* Secretaría de Gobernación. Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Agosto 23, 1901. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Rossy, (Manuel F.)* Abogado del apelado: *Sr. Lopez Landrón.*

No. 47. Ortiz *v.* Diaz.—Casación procedente de la Corte de Distrito de San Juan. Resuelto en Septiembre 17, 1901. Se declaró desierto el recurso por no haber comparecido la parte recurrente.

No. 59. Ramírez *v.* Fort.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Octubre 11, 1901. Se declaró desierto el recurso por no haber comparecido la parte recurrente.

No. 63. Diaz Et Al *v.* Coll.—Casación procedente de la Corte de Distrito de Arecibo. Resuelto en Octubre 24, 1901. Se declaró desierto el recurso por no haber comparecido la parte recurrente.